**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 25, 2015.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-15-00675-CR

## IN RE WILLIE EUGENE PEARSON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**54th District Court**
**McLennan County, Texas**
**Trial Court Cause No. 2011-2089-C2**

## MEMORANDUM OPINION

On Friday, August 7, 2015, relator Willie Eugene Pearson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Matt Johnson, presiding judge of the 54th District Court of McLennan County, to address relator's application for writ of habeas corpus.

Section 22.221 of the Texas Government Code expressly limits the mandamus jurisdiction of the court of appeals to: (1) writs against a "judge of a district or county court in the court of appeals district"; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. McLennan County is not within our appellate district. *See* Tex. Gov't Code Ann. § 22.201(o) (West. Supp. 2014). Instead, McLennan County is within the Tenth Court of Appeals district. *Id*. § 22.201(k). Because McLennan County is not in our appellate district and no writ is necessary to enforce this court's jurisdiction, we have no authority to issue a writ of mandamus directed at the presiding judge of the 54th District Court of McLennan County

Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).